USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
  AUGUST IMAGE, LLC,

                              Plaintiff,

                   -against-

  ERWIN PEARL, INC.,

                            Defendant.
------------------------------------------------------------X

22-CV-3483 (VEC)

ORDER

VALERIE CAPRONI, District Judge:

WHEREAS on April 29, 2022, Plaintiff filed a Complaint in this matter, *see* Compl., Dkt. 1;

WHEREAS the Complaint states that three exhibits are attached to it, including a copy of the work at issue in this case, *id.* at p. 2–3; and

WHEREAS none of the three identified exhibits is attached to the Complaint as stated.[1]

IT IS HEREBY ORDERED that Plaintiff, by no later than **Friday, May 13, 2022**, must file a copy of the photograph that is allegedly copyrighted and at issue in this case. Plaintiff may also file the remaining exhibits referenced in the Complaint by that deadline.

**SO ORDERED.**

Date: May 3, 2022
      New York, NY

**VALERIE CAPRONI**
**United States District Judge**

---

[1] The only exhibit to the Complaint is the Civil Cover Sheet. *See* Civil Cover Sheet, Dkt. 1-1.